# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:20MJ9-1
Tyrease Tyjuan Anderson, aka "Little Rease," )
aka "Dummy," Date of Birth November 7, 1999 )
)

FILED
IN THIS OFFICE
FEB 13 2020
Clerk U.S. District Court
Greensboro, NC
BY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ Middle _____ District of _____ North Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

The person of Tyrease Tyjuan Anderson, aka "Little Rease" aka "Dummy", date of birth November 7, 1999, more
particularly described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA in the form of saliva swabs more particularly described in detail in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ January 28, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____ Honorable Joi Elizabeth Peake, U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____ January 14, 2020 at 2:12 pm _____

_____Judge's signature_____

City and state: _____ Winston-Salem, NC _____ Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*

| Return |
|---|

| Case No.:<br>1:20MJ9-1 | Date and time warrant executed:<br>01/23/2020 at 1000hrs | Copy of warrant and inventory left with:<br>Tyrease Anderson |
|---|---|---|

Inventory made in the presence of : Alex Champagne, Tyrease Anderson, Keith Goodwin

Inventory of the property taken and name of any person(s) seized:

2 DNA Swabs from Tyrease Anderson

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/12/2020

Shaylin Laure
*Executing officer's signature*

Shaylin Laure, Special Agent
*Printed name and title*

## Attachment A

### Description of Person to be Searched

TYREASE TYJUAN ANDERSON, also known as "LITTLE REASE" and "DUMMY," a black male, black hair, brown eyes, date of birth November 7, 1999, NC ID: 1826510A, FBI ID: 36A8T006N.

## ATTACHMENT B

## Particular Things to be Seized

Evidence of the offenses under investigation, in the form of:

Buccal DNA swab saliva specimen collected from TYREASE TYJUAN ANDERSON. In the event a buccal DNA sample cannot be obtained, a blood sample from TYREASE TYJUAN ANDERSON.

2